UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NAACP (Indiana State Conference of the National Association for the Advancement of Colored People), et al., for themselves and all other persons similarly situated,<br>Plaintiffs,<br>v.<br><br>ANNE W. MURPHY, in her official capacity as Secretary of the Indiana Family and Social Services Administration, et al.,<br>Defendants. | CIVIL ACTION NO. 1:09-CV-0849 TWP- DML |

PLAINTIFFS' NOTICE OF DISMISSAL OF PLAINTIFF PARIS ALEXANDER

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff Indiana State Conference of the National Association for the Advancement of Colored People ("NAACP") notices the dismissal of individual plaintiff Paris Alexander.

Plaintiff Alexander no longer wishes to pursue her claims against defendants. At this time, Ms. Alexander is not an appropriate plaintiff in this case. Considering this change of circumstances, this Court should dismiss her claims with prejudice, leaving the NAACP as the remaining plaintiff in the case.

Respectfully submitted,

/s/ Allegra Chapman
Allegra Chapman
One of the Attorneys for Plaintiff

Miner, Barnhill & Galland, P.C.

Judson H. Miner (jminer@lawmbg.com)
Robert S. Libman (rlibman@lawmbg.com)
Benjamin J. Blustein (bblustein@lawmbg.com)
14 W. Erie St.
Chicago, IL 60654
(312) 751-1170
(312) 751-0438 (telefax)

American Civil Liberties Union of Indiana
Kenneth J. Falk (kfalk@aclu-in.org)
Gavin Rose (grose@aclu-in.org)
1031 E. Washington St.
Indianapolis, IN 46202
(317) 635-4059, ext. 104
(317) 635-4105 (telefax)

Project Vote
Nicole Kovite (nkovite@projectvote.org)
Yolanda Sheffield (ysheffield@projectvote.org)
739 Eighth St., S.E., Ste. 202
Washington, DC 20003
(202) 543-4173, ext. 303
(202) 543-3675 (telefax)

Demos: A Network of Ideas & Action
Brenda Wright (bwright@demos.org)
358 Chesthill Ave., Ste. 303
Brighton, MA 02135
(617) 232-5885, ext. 13
(617) 232-7251 (telefax)

Allegra Chapman (achapman@demos.org)
220 Fifth Ave., 5th Fl.
New York, NY 10001
(212) 419-8772
(212) 633-2015 (telefax)

Lawyers Committee for Civil Rights Under Law
Jon M. Greenbaum (jgreenbaum@lawyerscommittee.org)
Mark A. Posner (mposner@lawyerscommittee.org)
1401 New York Ave., N.W., Ste. 400
Washington, DC 20005
(202) 662-8315
(202) 628-2858 (telefax)

National Association for the Advancement of Colored People, Inc.

Angela Ciccolo (aciccolo@naacpnet.org)
Anson Asaka (aasaka@naacpnet.org)
NAACP National Office
4805 Mt. Hope Dr.
Baltimore, MD 21215
(410) 580-5792
(410) 358-9350 (telefax)

CERTIFICATE OF SERVICE

      Allegra Chapman certifies that she caused a copy of the foregoing Notice to be served upon all counsel of record, by this Court's electronic-filing system, this 11th day of August, 2010.

/s/ Allegra Chapman
Allegra Chapman